IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERIC KEITH PATTERSON,** | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] Case No. 2:25-cv-1762-ACA |
| | ] |
| **OFFICER BRADFORD, et al.,** | ] |
| | ] |
| Defendants. | ] |

## MEMORANDUM OPINION

Plaintiff Eric Keith Patterson filed a *pro se* complaint against the City of Trussville Police Department and two of its officers, Officer Bradford and Officer Mullens. (Doc. 1). Because Mr. Patterson is proceeding *in forma pauperis*, the court screened his complaint pursuant to 28 U.S.C § 1915(e)(2). (Doc. 5). The court ordered Mr. Patterson to show cause why it should not dismiss the claims against the Police Department and the officers in their official capacity, along with Counts Three, Four, and Five against the officers in their individual capacity, for failure to state a claim. (*Id.*). The deadline to respond to the order has passed, and Mr. Patterson has not filed a response.

For the reason stated in the court's order to show cause (*id.*) the court **WILL DISMISS** Mr. Patterson's claims against the City of Trussville Police Department and Officers Mullens and Bradford in their official capacity **WITHOUT**

**PREJUDICE**. The court also **WILL DISMISS** Count Three, Four, and Five against Officers Mullens and Bradford in their individual capacity **WITHOUT PREJUDICE**. Count One and Two against the officers in their individual capacity may proceed.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this January 30, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE